FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 24 2021

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON TERRELL DAVIS,

    Defendant.

4:21CR3119

INDICTMENT
21 U.S.C. § 841(b)(1)(C) & (b)(1)

The Grand Jury Charges:

## COUNT I

On or about August 13, 2021, in the District of Nebraska, BRANDON TERRELL DAVIS, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine and fentanyl, Schedule II controlled substances, that resulted in the bodily injury of individuals, B.Z and S.S.

In violation of Title 21, United States Code, Section 841(b)(1)(C) and Title 21, United States Code, Section 841(b)(1).

Before BRANDON TERRELL DAVIS committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about August 16, 2021, in the District of Nebraska, BRANDON TERRELL DAVIS, defendant herein, did knowingly and intentionally distribute a mixture or substance

containing a detectable amount of cocaine and fentanyl, Schedule II controlled substances, that resulted in the bodily injury of individuals, D.H., C.Y., J.S., and H.G.

In violation of Title 21, United States Code, Section 841(b)(1)(C) and Title 21, United States Code, Section 841(b)(1).

Before BRANDON TERRELL DAVIS committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant United States Attorney